**Order entered November 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01202-CR
No. 05-15-01203-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's November 13, 2015 "motion to enter nunc pro tunc order

from the Criminal District Court No. 3."

/s/     DAVID L. BRIDGES
         JUSTICE